**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

**United States District Court**

Southern District of New York

U.S. DISTRICT COURT
FILED
OCT 0 2 2026
SOUTHERN DISTRICT OF NEW YORK

Caption:
United States of America v.

Edson Brown

Docket No.: 25 Cr. 241
Hon. John P. Cronan
(District Court Judge)

Notice is hereby given that Edson Brown appeals to the United States Court of Appeals for the Second Circuit from the judgment ✔, other | ______ (specify)

entered in this action on Sept. 25, 2026.
(date)

This appeal concerns: Conviction only [ ] Sentence only [ ] Conviction & Sentence [✔] Other [ ]

Defendant found guilty by plea | ✔ | trial | | N/A [ ]

Offense occurred after November 1, 1987? Yes | ✔ No [ ] N/A [ ]

Date of sentence: Sept. 25, 2026 N/A [ ]

Bail/Jail Disposition: Committed [✔] Not committed | | N/A | |

Appellant is represented by counsel? Yes ✔ | No | | If yes, provide the following information:

Defendant's Counsel: Mark S. DeMarco

Counsel's Address: 100 Lafayette Street, Ste.501
New York, NY 10013

Counsel's Phone: 718-239-7070

Assistant U.S. Attorney: Andrew Jones

AUSA's Address: 26 Federal Plaza
New York, NY

AUSA's Phone: 212-637-2249

[signature]
Signature

CLOSED,APPEAL,ECF,PRIOR

# U.S. District Court
# Southern District of New York (Foley Square)
# CRIMINAL DOCKET FOR CASE #: 1:25−cr−00241−JPC All Defendants

Case title: USA v. Brown

Magistrate judge case number: 1:25−mj−00618−UA

Date Filed: 05/27/2025

Date Terminated: 09/25/2026

---

Assigned to: Judge John P. Cronan

**Defendant (1)**

**Edson Brown**
*TERMINATED: 09/25/2026*

represented by
**Mark Steven DeMarco**
Law Office of Mark S. DeMarco
100 Lafayette Street
Suite 501
New York, NY 10013
718−239−7070
Fax: 718−239−2141
Email: msdlaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:933.F TRAFFICKING IN FIREARMS (CONSPIRACY) (1s) | Imprisonment for a total term of 135 months, consisting of a term of 135 months, imprisonment on Counts 1 and 2 and 60 months imprisonment for each of Counts 3−18, all to run concurrently. Supervised release for a term of Three Years. |
| 18:933.F TRAFFICKING IN FIREARMS (2s) | Imprisonment for a total term of 135 months, consisting of a term of 135 months, imprisonment on Counts 1 and 2 and 60 months imprisonment for each of Counts 3−18, all to run concurrently. Supervised release for a term of Three Years. |
| 18:922A.F IMPORTING/MANUFACTURING FIREARMS (UNLICENSED FIREARMS DEALING) (3s) | Imprisonment for a total term of 135 months, consisting of a term of 135 months, imprisonment on Counts 1 and 2 and 60 months imprisonment for each of Counts 3−18, all to run concurrently. Supervised release for a term of Three Years. |
| 18:922E.F INTERSTATE TRANSPORTATION OF FIREARMS (4s−18s) | Imprisonment for a total term of 135 months, consisting of a term of 135 months, imprisonment on Counts 1 and 2 and 60 months imprisonment for each of Counts 3−18, all to run concurrently. Supervised release for a term of Three Years. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:933.F FIREARMS TRAFFICKING CONSPIRACY (1) | Dismissed |
| 18:933.F TRAFFICKING IN FIREARMS (2) | Dismissed |
| 18:922C.F ILLEGAL TRANSFER OF FIREARMS (UNLICENSED FIREARMS DEALING) (3) | Dismissed |
| 18:922G.F UNLAWFUL TRANSPORT OF FIREARMS, ETC. (UNLICENSED TRANSPORTATION OF FIREARMS) (4−18) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| 18:922A.F −−− IMPORTING/MANUFACTURING FIREARMS, 18:933.F −−− TRAFFICKING IN FIREARMS | |

---

**Plaintiff**

**USA** represented by

**Andrew Jones**
DOJ−USAO
26 Federal Plaza
37th Floor
New York, NY 10278
212−637−2249
Email: andrew.jones2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Joseph H. Rosenberg**
DOJ−USAO
Criminal
26 Federal Plaza
37th Floor
New York, NY 10278
212−637−2326
Email: joseph.rosenberg@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/22/2025 | 1 | COMPLAINT as to Edson Brown (1). (Signed by Magistrate Judge Robert W. Lehrburger) (vb) [1:25−mj−00618−UA] (Entered: 02/24/2025) |
| 03/22/2025 | | Arrest of Edson Brown in the United States District Court − District of South Carolina. (job) [1:25−mj−00618−UA] (Entered: 03/28/2025) |
| 03/27/2025 | 3 | CJA 23 Financial Affidavit by Edson Brown.CJA, Mark DeMarco appointed counsel. APPROVED. (Signed by Magistrate Judge Valerie Figueredo) (job) [1:25−mj−00618−UA] (Entered: 03/28/2025) |

| | | |
|---|---|---|
| 03/27/2025 | 4 | Minute Entry for proceedings held before Magistrate Judge Valerie Figueredo: Initial Appearance as to Edson Brown held on 3/27/2025. Detention Hearing as to Edson Brown held on 3/27/2025. AUSA Andrew Jones present for the Government. Defendant present with attorney Mark DeMarco. BAIL DISPOSITION: Detention: Risk of Flight/Danger. ***Preliminary Hearing Date: 4/28/2025 on defendant's consent. [Added attorney Mark Steven DeMarco for Edson Brown.] (job) [1:25−mj−00618−UA] (Entered: 03/28/2025) |
| 04/17/2025 | 5 | ORDER TO CONTINUE IN THE INTEREST OF JUSTICE as to Edson Brown. Time excluded from 4/17/25 until 5/28/25. (Signed by Magistrate Judge Gabriel W. Gorenstein on 4/17/25)(vb) [1:25−mj−00618−UA] (Entered: 04/17/2025) |
| 04/17/2025 | 6 | AFFIRMATION of Andrew Jones in Support by USA as to Edson Brown re: 5 Order to Continue − Interest of Justice. (vb) [1:25−mj−00618−UA] (Entered: 04/17/2025) |
| 05/16/2025 | 7 | LETTER by Edson Brown addressed to County Clerk U.S. District Court SDNY from Edson Brown dated 4/29/25 re: To inform the court of the ineffective assistance of council Mr. Brown is receiving. (note: Letter is placed on the docket as per instructions of U.S. Magistrate Judge Figueredo). (vb) [1:25−mj−00618−UA] (Entered: 05/16/2025) |
| 05/27/2025 | 8 | UNREDACTED INDICTMENT FILED as to Edson Brown. (jm) **(Not for Public view pursuant to Standing Order of the court, 24−mc−184.)** (Entered: 05/27/2025) |
| 05/27/2025 | 9 | REDACTED INDICTMENT FILED as to Edson Brown (1) count(s) 1, 2, 3, 4−18. (jm) (Entered: 05/27/2025) |
| 05/27/2025 | | Case Designated ECF as to Edson Brown. (jm) (Entered: 05/27/2025) |
| 05/29/2025 | 10 | LETTER by USA as to Edson Brown addressed to Judge John P. Cronan from USA dated May 29, 2025 re: Arraignment Date and Speedy Trial Exclusion Document filed by USA. (Jones, Andrew) (Entered: 05/29/2025) |
| 05/30/2025 | 11 | ORDER as to Edson Brown. The instant request sets forth the Government's request for an exclusion of time under the Speedy Trial Act, but does notidentify whether Defendant consents to such an exclusion. By the end of the day today, May 30, 2025, the parties shall file a joint letter clarifying whether the Government's proposed exclusion is opposed or unopposed. (Signed by Judge John P. Cronan on 5/30/2025)(mhe) (Entered: 05/30/2025) |
| 05/31/2025 | 12 | JOINT LETTER by USA as to Edson Brown addressed to Judge John P. Cronan from USA dated May 31, 2025 re: Exclusion of Time Under the Speedy Trial Act Document filed by USA. (Jones, Andrew) (Entered: 05/31/2025) |
| 06/02/2025 | 13 | ORDER as to Edson Brown. The arraignment and initial conference for Defendant Edson Brown is scheduled for June 5, 2025, at 12:00 p.m., in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007 ( Arraignment set for 6/5/2025 at 12:00 PM in Courtroom 12D, 500 Pearl Street, New York, NY 10007 before Judge John P. Cronan., Pretrial Conference set for 6/5/2025 at 12:00 PM in Courtroom 12D, 500 Pearl Street, New York, NY 10007 before Judge John P. Cronan.) Time excluded from 6/2/25 until 6/5/25. (Signed by Judge John P. Cronan on 6/2/25)(jw) (Entered: 06/02/2025) |
| 06/05/2025 | | Minute Entry for proceedings held before Judge John P. Cronan: Arraignment as to Edson Brown (1) Count 1,2,3,4−18 held on 6/5/2025. Pretrial Conference as to Edson Brown held on 6/5/2025. Arraignment and initial conference held on June 5, 2025. AUSA Andrew Jones present. Defendant present with his attorney, Mark DeMarco. Defendant pleaded not guilty to the charges contained in the Indictment. Next conference scheduled for July 14, 2025 at 2:00 p.m. Time excluded under the Speedy Trial Act until July 14, 2025 for the reasons stated on the record. (Pretrial Conference set for 7/14/2025 at 02:00 PM before Judge John P. Cronan) (Court Reporter Doug Colavito) (ap) (Entered: 06/09/2025) |
| 06/05/2025 | | Minute Entry for proceedings held before Judge John P. Cronan: Plea entered by Edson Brown (1) Count 1,2,3,4−18 Not Guilty. (ap) (Entered: 06/09/2025) |
| 06/06/2025 | 14 | RULE 5(F) ORDER as to Edson Brown (Signed by Judge John P. Cronan on 6/6/25)(jw) (Entered: 06/06/2025) |

| | | |
|---|---|---|
| 06/25/2025 | 15 | MOTION for Protective Order . Document filed by USA as to Edson Brown. (Attachments: # 1 Proposed Order Proposed Protective Order)(Jones, Andrew) (Entered: 06/25/2025) |
| 06/26/2025 | 16 | PROTECTIVE ORDER as to Edson Brown...regarding procedures to be followed that shall govern the handling of confidential material... Terminated Motion(s): 15 MOTION for Protective Order filed by USA. (Signed by Judge John P. Cronan on 6/26/25)(jw) (Entered: 06/26/2025) |
| 07/10/2025 | 17 | CONSENT MOTION to Continue *Conference Scheduled for July 14, 2025*. Document filed by Edson Brown. (DeMarco, Mark) (Entered: 07/10/2025) |
| 07/11/2025 | 18 | MEMO ENDORSEMENT 17 Motion to Continue as to Edson Brown (1)....ENDORSEMENT...The instant request does not provide an adequate basis for the Court to make the finding required by 18 U.S.C. § 3161(h)(7)(A). If the parties jointly request an exclusion under the provisions of the Speedy Trial Act, the parties shall jointly file a letter setting forth an adequate basis for the Court to find that the ends of justice met by this adjournment outweigh the interests of the Defendant and the public in a speedy trial. The Clerk of Court is respectfully directed to close Docket Number 17. (Signed by Judge John P. Cronan on 7/11/25) (jw) (Entered: 07/11/2025) |
| 07/11/2025 | 19 | AMENDED MOTION to Continue *Conference Scheduled for July 14, 2025 and for the Exclusion of Speedy Trial Time*. Document filed by Edson Brown. (DeMarco, Mark) (Entered: 07/11/2025) |
| 07/11/2025 | 20 | MEMO ENDORSEMENT 19 Motion to Continue as to Edson Brown (1)....ENDORSEMENT...The request is granted. The July 14, 2025 conference is adjourned to August 27, 2025 at 10:00 a.m. The Court finds that the ends of justice met by granting this adjournment outweigh the interests of Defendant and the public in a speedy trial, as the adjournment will permit Defendant additional time to review discovery and for the parties to discuss a pretrial resolution to this matter. Time is therefore excluded until August 27, 2025, pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Clerk of Court is respectfully directed to close Docket Number 19. (Signed by Judge John P. Cronan on 7/11/25) (jw) (Entered: 07/11/2025) |
| 07/16/2025 | 21 | TRANSCRIPT of Proceedings as to Edson Brown re: Arraignment held on 6/5/2025 before Judge John P. Cronan. Court Reporter/Transcriber: Doug Colavito, (212) 805−0320, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/6/2025. Redacted Transcript Deadline set for 8/18/2025. Release of Transcript Restriction set for 10/14/2025. (McGuirk, Kelly) (Entered: 07/16/2025) |
| 07/16/2025 | 22 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Edson Brown. Notice is hereby given that an official transcript of a Arraignment proceeding held on 6/5/2025 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (McGuirk, Kelly) (Entered: 07/16/2025) |
| 08/26/2025 | | NOTICE OF HEARING: as to Edson Brown. The status conference scheduled for August 27, 2025 is adjourned to August 29, 2025 at 2:30 p.m. The conference will be held in Courtroom 12D of 500 Pearl Street, New York, NY 10007. (mhe) (Entered: 08/26/2025) |
| 08/29/2025 | | Minute entry for proceedings held before Judge John P. Cronan: Status Conference as to Edson Brown held on August 29, 2025. AUSA Andrew Jones present. Defendant present with his attorney, Mark DeMarco. Next status conference scheduled for October 15, 2025 at 11:00 a.m. in Courtroom 12D of 500 Pearl Street, New York, NY 10007. Time excluded pursuant to the Speedy Trial Act from August 29, 2025 until October 15, 2025 pursuant to 18 U.S.C. 3161(h)(7) for the reasons set forth on the record. (Court Reporter Khris Sellin). (mhe) (Entered: 11/03/2025) |
| 09/15/2025 | | NOTICE OF HEARING: as to Edson Brown. A bail hearing for Edson Brown is scheduled for September 16, 2025 at 3:00 p.m. in Courtroom 12D of 500 Pearl Street, New York, NY 10007. (mhe) (Entered: 09/15/2025) |

| | | |
|---|---|---|
| 09/15/2025 | 23 | LETTER MOTION addressed to Judge John P. Cronan from Mark S DeMarco dated September15, 2025 re: Release on Bail . Document filed by Edson Brown. (Attachments: # 1 Exhibit Letter)(DeMarco, Mark) (Entered: 09/15/2025) |
| 09/15/2025 | 24 | AMENDED LETTER MOTION addressed to Judge John P. Cronan from Mark S DeMarco dated September 15, 2025 re: Release on Bail . Document filed by Edson Brown. (Attachments: # 1 Exhibit Letter)(DeMarco, Mark) (Entered: 09/15/2025) |
| 09/16/2025 | | Minute Entry for proceedings held before Judge John P. Cronan: Bond Hearing as to Edson Brown held on 9/16/2025. Bail Hearing as to Edson Brown held on September 16, 2025. AUSA Andrew Jones present. Defendant present with his attorney, Mark DeMarco. Pretrial Officer Meherun Mayer present. The Court heard oral argument regarding Mr. Brown's application for bail. For the reasons stated on the record, the Court denied Mr. Browns bail application. (Court Reporter Amy Walker) (ap) (Entered: 09/18/2025) |
| 10/20/2025 | 25 | LETTER by USA as to Edson Brown addressed to Judge John P. Cronan from USA dated October 20, 2025 re: Request to schedule conference for 11/4/25 Document filed by USA. (Jones, Andrew) (Entered: 10/20/2025) |
| 10/21/2025 | 26 | ENDORSED LETTER as to Edson Brown addressed to Judge John P. Cronan from AUSA Andrew Jones dated October 20, 2025 re: The Government submits this letter with the consent of the defendant and asks that the Court adjourn the previously scheduled conference and schedule a new conference for November 4, 2025.... ENDORSEMENT: The Government's request is granted. The next pretrial conference is adjourned to November 4, 2025, at 2:30 p.m. Time is excluded for purposes of the Speedy Trial Act until November 4, 2025. The Court finds that the ends of justice served by the exclusion of time outweigh the interests of the public and the defendant in a speedy trial, as the adjournment will permit defense counsel to attend to obligations with respect to an ongoing trial and further will allow the parties to discuss a possible resolution of this matter. SO ORDERED. ( Pretrial Conference set for 11/4/2025 at 02:30 PM before Judge John P. Cronan. ) (Signed by Judge John P. Cronan on 10/21/2025) (bw) (Entered: 10/21/2025) |
| 11/04/2025 | | Minute Entry for proceedings held before Judge John P. Cronan:Pretrial Conference as to Edson Brown held on 11/4/2025. Status Conference as to Edson Brown held on November 4, 2025. AUSA Andrew Jones present. Defendant present with his attorney, Mark DeMarco. Next status conference scheduled for December 3, 2025 at 10:00 a.m. in Courtroom 12D of 500 Pearl Street, New York, NY 10007. Time excluded pursuant to the Speedy Trial Act from November 4, 2025 until December 3, 2025 pursuant to 18 U.S.C. 3161(h)(7) for the reasons set forth on the record. (Status Conference set for 12/3/2025 at 10:00 AM in Courtroom 12D, 500 Pearl Street, New York, NY 10007 before Judge John P. Cronan ) (Court Reporter Pamela Utter) (ap) (Entered: 11/05/2025) |
| 12/01/2025 | 27 | CONSENT MOTION to Continue *Conference Scheduled for Dec. 3, 2025*. Document filed by Edson Brown. (DeMarco, Mark) (Entered: 12/01/2025) |
| 12/02/2025 | 28 | MEMO ENDORSEMENT as to Edson Brown (1) granting 27 CONSENT MOTION to Continue Conference Scheduled for Dec. 3, 2025. ENDORSEMENT: The request is granted. The conference on December 3, 2025, is adjourned until January 5, 2026, at 4:00 p.m. Time is excluded from December 3, 2025, until January 5, 2026, under 18 U.S.C. § 3161(h)(7)(A) to allow time for the parties to engage in plea negotiations. The ends of justice served by excluding time outweigh the best interests of the public and the defendant in a speedy trial. The Clerk of Court is respectfully directed to close Docket Number 27.. (Signed by Judge John P. Cronan on 12/2/2025) (ap) (Entered: 12/02/2025) |
| 01/05/2026 | | Minute Entry for proceedings held before Judge John P. Cronan: Status Conference as to Edson Brown held on 1/5/2026. AUSA Andrew Jones present. Defendant present with his attorney, Mark DeMarco. Next status conference scheduled for February 27, 2026 at 10:00 a.m. in Courtroom 12D of 500 Pearl Street, New York, NY 10007. Time excluded pursuant to the Speedy Trial Act from January 5, 2026 until February 27, 2026 pursuant to 18 U.S.C. 3161(h)(7) for the reasons set forth on the record. (Status Conference set for 2/27/2026 at 10:00 AM in Courtroom 12D, 500 Pearl Street, New York, NY 10007 before Judge John P. Cronan) (Court Reporter Dana Holland) (ap) (Entered: 01/06/2026) |

| | | |
|---|---|---|
| 02/24/2026 | 29 | CONSENT MOTION to Continue *Conference Scheduled for Feb. 27, 2026*. Document filed by Edson Brown. (DeMarco, Mark) (Entered: 02/24/2026) |
| 02/25/2026 | 30 | ENDORSED LETTER as to Edson Brown addressed to Judge John P. Cronan from Attorney Mark S. DeMarco dated February 24, 2026 re: With the Government's consent, I write to respectfully request a 30−day adjournment of the conference presently scheduled for February 27, 2026. ENDORSEMENT: The request is granted. The conference scheduled for February 27, 2026, is adjourned to April 6, 2026, at 11:00 a.m. Time is excluded from February 27, 2026, until April 6, 2026, under 18 U.S.C. § 3161(h)(7)(A) to allow time for Defendant to review the Government's plea offer and for the parties to engage in plea negotiations. The ends of justice served by excluding time outweigh the best interests of the public and the defendant in a speedy trial. The Clerk of Court is respectfully directed to close Docket Number 29. SO ORDERED. ( Status Conference set for 4/6/2026 at 11:00 AM before Judge John P. Cronan. ) (Signed by Judge John P. Cronan on 2/25/2026) (bw) (Entered: 02/25/2026) |
| 04/06/2026 | | Minute Entry for proceedings held before Judge John P. Cronan: Status Conference as to Edson Brown held on 4/6/2026. AUSA Andrew Jones present. Defendant present with his attorney, Mark DeMarco. Trial set for June 8, 2026. Final Pretrial Conference scheduled for June 1, 2026 at 10:00 a.m. in Courtroom 12D of 500 Pearl Street, New York, NY 10007. The Court will enter a separate order with other pretrial deadlines. Time excluded pursuant to the Speedy Trial Act from April 6, 2026 until June 8, 2026 pursuant to 18 U.S.C. 3161(h)(7) for the reasons set forth on the record. (Pretrial Conference set for 6/1/2026 at 10:00 AM in Courtroom 12D, 500 Pearl Street, New York, NY 10007 before Judge John P. Cronan) (Court Reporter George Malinowski) (ap) (Entered: 04/08/2026) |
| 04/08/2026 | 31 | PRETRIAL ORDER as to Edson Brown. Trial is scheduled to begin in this matter on June 8, 2026. The deadline for the Governments expert disclosures pursuant to Federal Rule of Civil Procedure 16(a)(1)(G) is April 27, 2026. The deadline for Defendants rebuttal expert disclosures pursuant to Rule 16(b)(1)(C) is May 18, 2026. The Government shall provide Defendant with notice of any evidence it seeks to admit at trial under Federal Rule of Evidence 404(b) by April 27, 2026. By May 11, 2026, the parties shall submit proposed voir dire questions, requests to charge, and proposed verdict forms. Any motions in limine (other than motions to preclude Defendants experts) shall also be filed by May 11, 2026, with oppositions due May 18, 2026. By May 20, 2026, the Government shall advise whether it intends to move to preclude Defendants experts, in which case the Court will then set a briefing schedule ( Motions due by 5/11/2026., Responses due by 5/18/2026, Pretrial Conference set for 6/1/2026 at 10:00 AM in Courtroom 12D, 500 Pearl Street, New York, NY 10007 before Judge John P. Cronan.). (Signed by Judge John P. Cronan on 4/8/26)(jw) (Entered: 04/08/2026) |
| 04/13/2026 | 32 | NOTICE OF ATTORNEY APPEARANCE Joseph H. Rosenberg appearing for USA. (Rosenberg, Joseph) (Entered: 04/13/2026) |
| 04/30/2026 | 33 | (S1) SUPERSEDING UNREDACTED INDICTMENT FILED as to Edson Brown. (jm) **(Not for Public view pursuant to Standing Order of the court, 24−mc−184.)** (Entered: 04/30/2026) |
| 04/30/2026 | 34 | (S1) SUPERSEDING REDACTED INDICTMENT FILED as to Edson Brown (1) count(s) 1s, 2s, 3s, 4s−18s. (jm) (Main Document 34 replaced on 5/5/2026) (vb). (Entered: 04/30/2026) |
| 05/11/2026 | 35 | CONSENT MOTION for Extension of Time *to File RTC*. Document filed by Edson Brown. (DeMarco, Mark) (Entered: 05/11/2026) |
| 05/11/2026 | 36 | PROPOSED EXAMINATION OF JURORS by USA as to Edson Brown. (Rosenberg, Joseph) (Entered: 05/11/2026) |
| 05/11/2026 | 37 | Request To Charge by USA as to Edson Brown. (Rosenberg, Joseph) (Entered: 05/11/2026) |
| 05/11/2026 | 38 | LETTER by USA as to Edson Brown addressed to Judge John P. Cronan from USA dated May 11, 2026 re: Government's Proposed Jury Verdict Form. Document filed by USA. (Rosenberg, Joseph) (Entered: 05/11/2026) |

| | | |
|---|---|---|
| 05/11/2026 | 39 | MOTION in Limine . Document filed by USA as to Edson Brown. (Rosenberg, Joseph) (Entered: 05/11/2026) |
| 05/11/2026 | 40 | PROPOSED EXAMINATION OF JURORS by Edson Brown. (DeMarco, Mark) (Entered: 05/11/2026) |
| 05/12/2026 | 41 | ENDORSED LETTER as to Edson Brown addressed to Judge John P. Cronan from Attorney Mark S. DeMarco dated May 11, 2026 re: Since I am presently on trial in the case of People v. Nuo Ivezic, Bronx County Indictment Number 74967/2023, I write to respectfully request a one−week extension to submit my Request to Charge for the above case. The Government consents to this request. ENDORSEMENT: The request is granted. Defendant shall submit the request to charge by May 18, 2026. The Clerk of Court is respectfully directed to close Docket Number 35. SO ORDERED. (Signed by Judge John P. Cronan on 5/12/2026) (bw) (Entered: 05/12/2026) |
| 05/14/2026 | 42 | SEALED DOCUMENT placed in vault. (jus) (Entered: 05/14/2026) |
| 05/18/2026 | 43 | MEMORANDUM OF LAW in Opposition by USA as to Edson Brown *re: Defendant's Request for Voir Dire on Unconscious Bias*. (Rosenberg, Joseph) (Entered: 05/18/2026) |
| 05/18/2026 | 44 | LETTER RESPONSE to Motion by Edson Brown addressed to Judge John P. Cronan from Mark S. DeMarco dated May 18, 2026 re: 39 MOTION in Limine .. (DeMarco, Mark) (Entered: 05/18/2026) |
| 05/28/2026 | 45 | LETTER by USA as to Edson Brown addressed to Judge John P. Cronan dated May 28, 2026 re: Proposed Examination During Curcio Hearing Document filed by USA. (Jones, Andrew) (Entered: 05/28/2026) |
| 05/28/2026 | | NOTICE OF HEARING: as to Edson Brown. The change of plea and Curcio hearing is scheduled for June 1, 2026 at 10:00 a.m. The hearing will be held in Courtroom 12A of 500 Pearl Street, New York, NY 10007. (mhe) (Entered: 05/28/2026) |
| 05/28/2026 | 46 | ORDER as to Edson Brown. Trial for this matter is scheduled to begin on June 8, 2026. A change−of−plea hearing is scheduled for June 1, 2026, at 10:00 a.m. In the event Defendant does not enter a guilty plea at that appearance, the Court will conduct the final pretrial conference at that time, as previously scheduled. Attached to this Order is the Courts current draft of voir dire questions for prospective jurors. The parties should be prepared to address any objections to the proposed questions at the final pretrial conference( Change of Plea Hearing set for 6/1/2026 at 10:00 AM before Judge John P. Cronan.) (Signed by Judge John P. Cronan on 5/28/26)(jw) (Entered: 05/28/2026) |
| 06/01/2026 | | Minute Entry for proceedings held before Judge John P. Cronan: Curcio Hearing as to Edson Brown held on 6/1/2026. Arraignment as to Edson Brown (1) Count 1s,2s,3s,4s−18s held on 6/1/2026. Change of Plea Hearing as to Edson Brown held on 6/1/2026. AUSA Andrew Jones and AUSA Joseph Rosenberg present. Defendant present with his attorney, Mark DeMarco. CJA Counsel Michael Levy present. Defendant knowingly, voluntarily, and intelligently waived an potential conflict of interest arising from Mr. DeMarco's prior representation. Defendant was arraigned on Counts One through Eighteen of the S(1) Indictment and pleaded not guilty to all eighteen counts. Defendant entered a change−of−plea and pleaded guilty to Counts One through Eighteen of the S(1) Indictment. Sentencing set for September 10, 2026 at 2:00 p.m. in Courtroom 12D of 500 Pearl Street, New York, NY 10007. (Court Reporter Lisa Franko). (Sentencing set for 9/10/2026 at 02:00 PM before Judge John P. Cronan.) (jbo) (Entered: 06/02/2026) |
| 06/01/2026 | | Minute Entry for proceedings held before Judge John P. Cronan: Plea entered by Edson Brown (1) Guilty as to Count 1s,2s,3s,4s−18s. (jbo) (Entered: 06/02/2026) |
| 06/01/2026 | | Change of Not Guilty Plea to Guilty Plea as to Edson Brown (1) Count 1s,2s,3s,4s−18s. (jbo) (Entered: 06/02/2026) |
| 07/15/2026 | 47 | TRANSCRIPT of Proceedings as to Edson Brown re: Plea held on 6/1/26 before Judge John P. Cronan. Court Reporter/Transcriber: Lisa Picciano Franko, (212) 805−0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/5/2026. |

| | | |
|---|---|---|
| | | Redacted Transcript Deadline set for 8/17/2026. Release of Transcript Restriction set for 10/13/2026. (Moya, Goretti) (Entered: 07/15/2026) |
| 07/15/2026 | 48 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Edson Brown. Notice is hereby given that an official transcript of a Plea proceeding held on 6/1/26 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Moya, Goretti) (Entered: 07/15/2026) |
| 08/14/2026 | | NOTICE OF HEARING as to Edson Brown. A sentencing hearing for Edson Brown is scheduled for September 25, 2026 at 10:00 a.m. in Courtroom 12D, 500 Pearl Street, New York, NY 10007 before Judge John P. Cronan. (js) (Entered: 08/14/2026) |
| 09/11/2026 | 50 | Sentencing Letter by Edson Brown addressed to Honorable John P. Cronan from Mark S DeMarco dated September 11, 2026 re: Edson Brown Sentencing Letter. (Attachments: # 1 Exhibit GED Transcript, # 2 Exhibit Focus Forward Diploma, # 3 Exhibit Focus Forward Letter, # 4 Exhibit Columbia University, # 5 Exhibit Tutor Evaluation, # 6 Exhibit Family Letter, # 7 Exhibit Co−worker Lettera, # 8 Exhibit Friend Letters)(DeMarco, Mark) (Entered: 09/12/2026) |
| 09/20/2026 | 51 | SENTENCING SUBMISSION by USA as to Edson Brown. (Jones, Andrew) (Entered: 09/20/2026) |
| 09/24/2026 | 52 | SENTENCING SUBMISSION by Edson Brown. (Attachments: # 1 Exhibit Work Evaluation, # 2 Exhibit Certificates, # 3 Exhibit Lettera)(DeMarco, Mark) (Entered: 09/24/2026) |
| 09/25/2026 | | Minute Entry for proceedings held before Judge John P. Cronan: Sentencing held on 9/25/2026 for Edson Brown (1) Count 1s,2s,3s,4s−18s. Sentencing held on September 25, 2026 for Edson Brown (1) on Counts 1s−18s of the Superseding Indictment. Defendant present with his attorney Mark DeMarco. AUSAs Andrew Jones and Joseph Rosenberg present. As will be set forth in detail in a separately docketed judgment, the Court sentenced Defendant principally to a total term of imprisonment of 135 months, consisting of a term of 135 months' imprisonment on Counts 1s and 2s and 60 months' imprisonment for each of Counts 3s−18s, all to run concurrently, to be followed by a 3−year term of supervised release. $1,800 special assessment imposed. (Court Reporter Steven Greenblum) (bw) (Entered: 09/25/2026) |
| 09/25/2026 | | DISMISSAL OF COUNTS on Government Motion as to Edson Brown (1) Count 1,2,3,4−18. (jw) (Entered: 09/28/2026) |
| 09/25/2026 | 53 | FILED JUDGMENT IN A CRIMINAL CASE as to Edson Brown (1), Count(s) 1, 2, 3, 4−18, Dismissed; Pleaded guilty to Count(s) 1s, 2s, 3s, 4s−18s, Imprisonment for a total term of 135 months, consisting of a term of 135 months, imprisonment on Counts 1 and 2 and 60 months imprisonment for each of Counts 3−18, all to run concurrently. Supervised release for a term of Three Years. The Court makes the following recommendations to the Bureau of Prisons: Designation to a facility in the northeast region to facilitate family visits. Special Assessment of $1800 which is due immediately. (Signed by Judge John P. Cronan on 9/25/26)(jw) (Entered: 09/28/2026) |
| 10/02/2026 | 55 | NOTICE OF APPEAL by Edson Brown from 53 Judgment. (km) (Entered: 10/02/2026) |
| 10/02/2026 | | Appeal Remark as to Edson Brown re: 55 Notice of Appeal − Final Judgment. $605.00 Appeal fee waived, CJA Appointed attorney. (km) (Entered: 10/02/2026) |
| 10/02/2026 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet as to Edson Brown to US Court of Appeals re: 55 Notice of Appeal − Final Judgment. (km) (Entered: 10/02/2026) |
| 10/02/2026 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files as to Edson Brown re: 55 Notice of Appeal − Final Judgment were transmitted to the U.S. Court of Appeals. (km) (Entered: 10/02/2026) |